PROB 12C
(4/19)

# United States District Court

## for

## District of New Jersey

## Amended Petition for Warrant or Summons for Offender under Supervision

**Name of Offender:** Tyreek M. Harrington a/k/a Tyreak Harrington       **Docket Number:** 13-00434-001
                                                                          **PACTS Number:** 67318

**Name of Sentencing Judicial Officer:**    THE HONORABLE FREDA L. WOLFSON
                                            CHIEF UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 03/13/2015

**Original Offense:**    Count One: Unlawful Transport Of Firearms - 18:922G.1

**Original Sentence:** 84 months imprisonment, 36 months supervised release

**Special Conditions:** Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Gang Associate/Member, Forfeiture

**Type of Supervision:** Supervised Release       **Date Supervision Commenced:** 09/13/2019

**Assistant U.S. Attorney:** Joseph Gribko and Molly Lorber, 402 East State Street, Room 430, Trenton, New Jersey 08608, (609) 989-2190

**Defense Attorney:** John Furlong, Esquire (CJA- Appointed), Mountain View Office Park, 820 Bear Tavern Road, Suite 304, West Trenton, New Jersey 08628, 609-882-0288

## PETITIONING THE COURT

☑    To amend the warrant issued on March 1, 2021, specifically, the inclusion of Violation Number 7
☐    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'** |

On January 9, 2020, officers of the Bensalem Township Police Department, assigned to the Bensalem Township Special Investigations Unit, received information from the New Jersey State Police Gangs and Organized Crime Unit that Tyreak Harrington left his address at 178 Thunder Circle, Bensalem, Pennsylvania and traveled to Trenton, New Jersey where he conducted a hand-to-hand drug transaction. A short time later, Harrington was observed arriving at Thunder Hollow Apartments in a white Dodge Ram Truck. As officers approached Harrington, he fled on foot. After a short foot pursuit, Harrington was detained.

At police headquarters, Harrington advised he would speak with police without a lawyer present. Harrington advised he lived at 178 Thunder Circle, Bensalem, Pennsylvania. Harrington advised he had approximately 15 bricks of heroin in a backpack in the Dodge Ram and he admitted he conducted a hand-to-hand transaction in Trenton on the marginal date.

The police officers recovered a cross body zip back from the Dodge Ram that contained approximately 850 bags of heroin, 18 grams of powdered cocaine, six grams of crack cocaine, digital scale, five bags of marijuana, new zip bags and rubber gloves. Taken from Harrington's person was $1,663 in United States currency and two cell phones.

A consent search was conducted at 178 Thunder Circle, Bensalem, Pennsylvania. Harrington and his girlfriend, Ruthanne Turner, both signed "consent to search" forms. Upon searching apartment 178, police located a safe that Harrington claimed was his and a key to the safe was on the key ring to the Dodge Ram. The safe contained approximately $8,000 in United States currency, cutting agent, sifter, measuring cup and new rubber gloves. Harrington was charged with Possession with Intent to Deliver a Controlled Dangerous Substance, Possession of a Controlled Dangerous Substance, Possession of Marijuana and Possession of Drug Paraphernalia. Harrington was detained at the Bucks County Correctional Facility in Doylestown, Pennsylvania in lieu of bail. He was released on June 6, 2020, at which time he returned to his residence in Bensalem.

To date, the charges remain pending and a trial date is scheduled for July 8, 2021, in the Bucks County Court of Common Pleas.

2    The offender has violated the standard supervision condition which states **'You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer.'**

On January 9, 2020, as noted in Violation Number One above, Harrington was on supervised release in the Eastern District of Pennsylvania, due to his residency in Bensalem, Pennsylvania. Harrington traveled to Trenton, New Jersey and conducted a drug transaction. He did not have permission from his probation officer to leave the Eastern District of Pennsylvania.

3    The offender has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'**

As noted in Violation Number One above, on January 9, 2020, Harrington conducted a drug transaction in Trenton, New Jersey. Approximately one week later, he was charged in the Superior Court of New Jersey, Mercer County, for Distribution of Heroin. The arrest reports are not available. After his release from custody in June of 2020, Harrington was required to report by telephone to the Mercer County Pretrial Services Office and was compliant in doing so until arrested for the violations detailed hereunder. The charges remain pending.

4    The offender has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'**

According to investigative material received from the Office of the Bucks County District Attorney's Office, Tyreak "Reek" Harrington was identified as a member of the Sanchez Drug Distribution Organization and participated in facilitating drug sales, storage, smuggling, and deliveries of suboxone. During the course of the investigation, which ran from May through December 2020, law enforcement intercepted phone conversations between several members of the Sanchez Organization and identified Harrington as a source supplier of suboxone for the organization. During intercepted conversations between Harrington, organization members and inmates of the Bucks County Correctional Facility, Harrington identified himself as "Reek" and discussed supplying quantities of suboxone to be transported into the correctional facility. A confidential informant confirmed that Harrington, who was known as "Reek," had received deliveries for distribution amounts of suboxone for the Sanchez Organization. Another confidential informant provided details that arrangements were made by Sanchez for the CI to meet with Harrington to secure a distribution amount of suboxone. The CI met Harrington at a pre-arranged location in Bensalem, where Harrington arrived in a large truck, exited and delivered two boxes of suboxone. The two boxes of suboxone delivered by Harrington were then transported by the CI to another member of the Sanchez Organization, who then had the suboxone smuggled into the correctional facility. Throughout the course of the investigation, law enforcement surveilling the activities of the Sanchez Organization also observed Harrington perform deliveries of suspected quantities of suboxone to other organization members.

On Friday, February 26, 2021, Harrington was arrested in Pennsylvania on a warrant. He was charged with the following: 1) Corrupt Organizations - Employee Manufacture, Delivery, or Possession with Intent to Manufacture or Deliver; 2) Conspiracy- Manufacture, Delivery, or Possession with Intent to Manufacture or Deliver 3) Deal in Proc Uni Act/Intent To Promote Unlawful Activity; 4) Conspiracy - Deal in Proc Uni Act/Intent To Promote Unlawful Activity; 5) Contraband/Controlled Substance; 6) Conspiracy - Contraband/Controlled Substance; 7) Criminal Use of Communication Facility; and 8) Conspiracy- Criminal Use of Communication Facility. Harrington was arraigned on the charges and detained at the Bucks County Correctional Facility on a $150,000 bail. His next court hearing is scheduled for June 24, 2021, in Bucks County Magisterial District Court.

5    The offender has violated the standard supervision condition which states **'You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer.'**

On December 28, 2020, Harrington relocated from Bensalem, Pennsylvania, to Trenton, New Jersey, at which time his supervision was transferred to the District of New Jersey. On Friday, February 26, 2021, Harrington was arrested in Pennsylvania; he did not have the permission of the probation officer to leave the District of New Jersey.

6      The offender has violated the standard supervision condition which states **'You must follow the instructions of the probation officer related to the conditions of supervision.'**

During a home visit on January 26, 2021, Harrington was specifically informed by the undersigned officer that any travel into Pennsylvania required notification and authorization by the undersigned officer. Harrington failed to follow the directives of the undersigned officer, as he traveled to Pennsylvania without permission on February 26, 2021.

7      The offender has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'**

Subsequent to the arrest on the felony warrant on February 26, 2021, Harrington was placed into police custody and the vehicle he was driving, a white Ford Fusion bearing a New Hampshire license plate, was towed. A search incident to the arrest revealed that Harrington was in possession of four cellular telephones and $1,198 in U.S. currency.

On March 11, 2021, the Honorable Senior District Judge Leonard Brown, Commonwealth of Pennsylvania, Bucks County, approved a search warrant for the white Ford Fusion. Following the approval, a search was executed on the vehicle, during which approximately 935 wax bags containing heroin/fentanyl, two bags containing cocaine, and a digital scale with residue were located inside of the vehicle. The narcotics, drug paraphernalia and scale were secured and placed into evidence. The substances were subsequently sent to the laboratory for analyzation, which confirmed that the substances were positive for approximately 123.01 grams of heroin/fentanyl, and approximately 42.95 grams of cocaine. Additionally, the laboratory confirmed that the digital scale was positive for cocaine residue.

A warrant was issued for Harrington's arrest on May 11, 2021, in the Commonwealth of Pennsylvania, charging him with 1) Manufacture, Delivery, or Possession with Intent to Manufacture or Deliver a Controlled Substance; 2) Criminal Use of a Communication Facility; and, 3) Reckless Driving, to be used as a detainer, as Harrington was already in custody at the Bucks County Correctional Facility. Harrington is scheduled to appear for a preliminary hearing in Bucks County Magisterial District Court on June 8, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Gisella M. Bassolino*

By:   GISELLA M. BASSOLINO
Senior U.S. Probation Officer

/ gmb

APPROVED:

*Sharon O'Brien    May 18, 2021*

SHARON O'BRIEN                  Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

[X] The Warrant issued on March 1, 2021, is amended to include Violation Number 7 (as recommended by the Probation Office)

☐ The Issuance of a Summons. Date of Hearing: _____.

☐ No Action

☐ Other

_____
Signature of Judicial Officer

May 19, 2021
_____
Date